IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3102 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARCO ANTONIO ARITA, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and without objection by defense counsel,

IT IS ORDERED that Defendant Arita's sentencing is continued to Tuesday, June 30, 2009, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

May 21, 2009.            BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge