IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3102 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| MARCO ANTONIO ARITA, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant mailed two letters to the Court. One was delivered to the Clerk and one was delivered to me. I have reviewed both of them.

IT IS ORDERED that:

(1) The Clerk shall file both letters. Treated as motions, they are denied.

(2) The defendant is advised to make all further requests through his lawyer.

(3) Regarding the assertions contained in one of the letters regarding the defendant's medical condition and the alleged failure of the United States Marshals Service to address those needs, the defendant is advised that if his medical needs are not being addressed by the time of sentencing, he may bring that matter to my attention (through his lawyer) at that time.

(4) The Clerk shall provide the defendant, counsel of record and the United States Marshals Service with a copy of this memorandum and order and copies of the letters.

DATED this 10th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge